STATE of Missouri, Plaintiff–Respondent,

v.

Tony Andre JACKSON, Defendant–Appellant.

Tony Andre JACKSON, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 41016, WD 41667

Missouri Court of Appeals, Western District.

Feb. 20, 1990.

Susan L. Hogan, Columbia, for defendant-appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for plaintiff-respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

PER CURIAM.

### ORDER

Defendant appeals from conviction of stealing under § 570.030, RSMo 1986. This appeal is consolidated with his appeal from denial of his Rule 29.15 motion for post-conviction relief.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).